IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| CLARENCE B. OWENS and JOSEPHINE C. OWENS | BANKRUPTCY NO. 04-12259(BIF) |
| Debtors | |
| HAJCO TRUST | |
| Plaintiff | |
| v. | ADVERSARY NO. 04-985 |
| CLARENCE B. OWENS and JOSEPHINE C. OWENS | |
| Defendants | |

### NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, HAJCO Trust (the "Plaintiff"), defendants, Clarence B. Owens and Josephine C. Owens (the "Defendants") and Gloria M. Satriale, Chapter 7 Trustee for the Defendants' bankruptcy estate, hereby stipulate to the voluntary dismissal of the Complaint to Determine the Secured Status of the Plaintiff's Claims Against the Debtors Pursuant to 11 U.S.C. §506 of the United States Bankruptcy Code in the above-captioned adversary proceeding.

(SIGNATURE PAGE FOLLOWS)

SWARTZ CAMPBELL, LLC

By: _____
John A. Wetzel, Esquire
One South Church Street
Suite 400
West Chester, PA 19382
(610) 692-9500
Attorneys for Plaintiff

MacELREE HARVEY, LTD.

By: _____
Michael G. Lewis, Esquire
17 West Miner Street
P.O. Box 660
West Chester, PA 19381-0660
(610) 840-0228
Attorneys for Defendants/Debtors

CIARDI, MASCHMEYER & KARALIS, P.C.

By: _____
Paul B. Maschmeyer, Esquire
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA  19103
(215) 546-4500
Attorneys for Chapter 7 Trustee